**Motion Granted and Order filed March 25, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00236-CV
_____

## IN RE ALI CHOUDHRI, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-27731**

---

## ORDER

On March 24, 2014, relator Ali Choudhri filed a petition for writ of mandamus with this Court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In his petition, relator asks this Court to compel the Honorable Alexandra Smoots-Hogan, Judge of the 164th District Court of Harris County, to vacate her order dated March 3, 2014, entered in trial court cause number 2011-27731, styled

*Choudhri v. Latif & Company a/k/a Abdullatif & Company, L.L.C., et al.* Relator claims the trial court abused its discretion by precluding relator from presenting res judicata and collateral estoppel arguments in related litigation.

Relator also has filed with this Court a motion for temporary relief. *See* Tex. R. App. P. 52.8(b), 52.10. On March 24, 2014, relator asked this Court to stay enforcement of the challenged March 3, 2014 order of the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** enforcement of the order dated March 3, 2014 in trial court cause number 2011-27731, *Choudhri v. Latif & Company a/k/a Abdullatif & Company, L.L.C., et al.*, **STAYED** until a final decision by this Court on relator's petition for writ of mandamus, or until further order of this Court.

In addition, the Court requests Osama Abdullatif and Abdullatif & Company, L.L.C., the real parties in interest, to file a response to the petition for writ of mandamus on or before **April 7, 2014.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and Brown.